**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| IN RE:<br><br>JN MEDICAL CORPORATION,<br><br>Debtor. | CASE NO.   BK 17-80174-TLS<br><br>CHAPTER 11<br><br>Adv. Proc. No.   17-08016 |

## PLAN SUPPLEMENT TO CHAPTER 11 LIQUIDATING PLAN DATED AS OF APRIL 19, 2018, PROPOSED BY AURO VACCINES, LLC

COMES NOW Auro Vaccines, LLC ("Auro"), a secured creditor of JN Medical Corporation (the "Debtor"), and submits this plan supplement (the "Plan Supplement") in support of, and in accordance with, the Chapter 11 Liquidating Plan Dated as of April 19, 2018, Proposed by Auro Vaccines, LLC (Doc. 348) (the "Plan"). Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan. The documents contained in this Plan Supplement are referred to in the Plan, are an integral part thereof, and are incorporated therein by this reference. These documents have not yet been approved by the Bankruptcy Court and are subject to the same objection deadline of **June 29, 2018** as the Plan. If any objections are filed, they will be heard by the Court on **Monday, July 9, 2018 at 9:00 a.m. Central Time** in the Roman L. Hruska Courthouse, 111 South 18th Plaza, Bankruptcy Courtroom, 2nd Floor, Omaha, Nebraska. If no objections are filed by the objection deadline, the Court will consider approving the Plan and the Plan Supplement without further notice.

**Contents**

**Exhibit A –**  The JN Medical Corporation Liquidating Trust Agreement and Declaration of Trust

**Exhibit B –**  Sale Procedures

**Exhibit C – Asset Sale and Purchase Agreement (Stalking-Horse Bid) of Auro Vaccines, LLC**

Certain documents, or portions thereof, contained in this Plan Supplement remain subject to revisions. Auro reserves all rights to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or at any such other date as may be provided for by the Plan or by order of the Bankruptcy Court.

DATED this 19th day of June, 2018.

Respectfully submitted,

AURO VACCINES, LLC,

By: *s/Michael T. Eversden*
  Michael T. Eversden (21941)
  McGrath North Mullin & Kratz, PC LLO
  First National Tower, Suite 3700
  1601 Dodge Street
  Omaha, NE   68102
  (402) 341-3070
  (402) 952-6896 (f)
  Email: meversden@mcgrathnorth.com

  -and-

  Robert Klyman
  Gibson Dunn & Crutcher, LLP
  333 South Grand Ave.
  Los Angeles, CA 90071-3197
  (213) 229-7562
  (213) 229-6562 (f)
  *Attorneys for Defendants*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served by electronic filing utilizing the Court's CM/ECF system which gave notification electronically upon all parties who have filed an appearance or motion by electronic filing in this case on this 1st day of June, 2018, and in addition mailing this Plan Supplement (including attached documents) on those parties indicated on the attached service list.

  */s Michael T. Eversden*

**Service List**

APCS
10824 Old Mill Rd.
Suite 4
Omaha, NE 68154

Cannon Solutions Services
1699 E. Woodfield Rd. #360
Glen Ellyn, IL 60137

Fisher Scientific
13551 Collections Center Dr.
Chicago, IL 60693

Grainger Supply
4885 So. 118th St., Ste. 100
Omaha, NE 68137

Midwest Laboratories
13611 B Street
Omaha, NE 68144

Gross & Welch, P.C., L.L.O.
2120 So. 72nd Street
Suite 1500
Omaha, NE 68124

Praxair
Dept. CH 10660
Palatine, IL 60055

Sigma Aldrich
2050 Spruce St.
Saint Louis, MO 63103

Suiter Swantz PC LLO
14301 FNB Parkway, Ste. 220
Omaha, NE 68154

Cannon Financial Service
PO Box 5008
Mount Laurel, NJ 08054

Jerry L. Jensen
US Trustee's Office
111 So. 18th Plaza, Suite 1148
Omaha, NE 68102

Futuramic Water Products
1514 S. Saddle Creek Rd.
Omaha, NE 68106

Abe's Trash Service
Twenty Five D Building
4005 S 148th St.
Omaha, NE 68137

Morrow Davis & Toelle PC
PO Box 65
West Point, NE 68788

Neuhaus Law
3934 N. 90th Street
PO Box 34122
Omaha, NE 68134

Presto-x Insect Control
1253 Haddonfield Berlin Rd.
Voorhees, NJ 08043

Stericycle
PO Box 3666
Canarillo, CA 93011

Thomas S. Thomas, CPA
2112 Eagle Credit Dr.
Papillion, NE 68133

US Bank Credit Line
PO Box 790179
St. Louis, MO   63179

Patrick Turner
Stinson Leonard Street
1299 Farnam Street, Suite 1500
Omaha, NE 68102

American Express Bank, FSB
c/o Becket & Lee LLP
P.O. Box 2001
Malvern, PA 19355

JN Medical Corporation
2720 North 84th Street
Omaha, NE 68134

Dana Jo Orten
408 East Welch Street
Crescent, IA 51526

Navitas Credit Corp.
c/o Allen Burns
111 Executive Center Dr
Suite 102
Columbia, SC 29210

Jerry L. Jensen
US Trustee's Office
111 So. 18th Plaza
Suite 1148
Omaha, NE 68102

Bank of America Credit Card
P.O. Box 982238
El Paso, TX 79998

S.V. Investments L.L.C.
62 Veronica Ave
Somerset, NJ 08873

VWR Scientific
PO Box 640169
Pittsburg, PA   15264

Dr. Jeeri Reddy
24342 Howard Circle
Waterloo, NE 68069

Beckman Coulter, Inc.
Bernstein-Burkley, P.C.
707 Grant St., Ste 2200
Gulf Tower
Pittsburgh, PA 15219

Culligan Water
P.O. Box 2932
Wichita, KS 67201

Douglas County Treasurer
1819 Farnam Street
Suite H-02
Omaha, NE   68183

John Church Electric
8317 Grant St.
Omaha, NE 68134

Metro Alarms
P.O. Box 642069
Omaha, NE 68164

Sunny Capital LLC
9 Ariel Ct
Port Washington, NY 11050-1248

Silpa Maruri
153 Remsen St
# 9b
Brooklyn, NY 11201

4

Bangeru Family Gift Trust
c/o Babu S. Bangaru
175 Peach Dr.
Roslyn, NY 11576

Dr. Srinivas Reddy
9506 Mid Summer Ln
Leesburg, FL 34788

Prasadrao Yarlagadda
85 Wild Azalea Ln,
Skillman, NJ 08558

Sambabiva R. Venigalla
2 Filasky Ct.
Glen Head, NY 11545

SVI Defined Benefit
c/o Prasadrao Parlagadda
85 Wild Azalea Lane
Skillman, NJ 08558

Aurobindo Pharma USA Inc.
Attn: Swami Iyer
279 Princeton-Highstown Road
East Windsor, NJ 08520

Metropolitan Utilities District
1723 Harney St.
Omaha, NE   68102-1960

Kambam Holdings, LLP
c/o Dr. Jayakumar Reddy Kambam
16906 Candeleda De Avila
Tampa, FL 33613

Hanumandla Reddy Children
c/o Hanumandla Rajender &
Jhansi Reddy Foundation, Inc.
114 W 6th St., # 110
Hanford, CA 93230

Hanumandla Reddy Family
Revocable Trust
c/o Hanumandla Rajender & Jhansi
Reddy Foundation, Inc.
114 W 6th St., # 110
Hanford, CA 93230